ELIZABETH VAN SICKELL, *ET AL.*, PLAINTIFFS-RESPON-
DENTS, v. ABE MARGOLIS, DEFENDANT-APPELLANT.

Argued February 17, 1970—Decided March 2, 1970.

*Mr. Raymond C. Connell* argued the cause for appellant (*Messrs. Connell & Andresakes,* attorneys).

*Mr. Adolph A. Romei* argued the cause for respondents (*Messrs. Romei & Bernstein,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion *per curiam* in the Appellate Division, 109 *N. J. Super.* 14.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.